## Commonwealth v. Hoggs, Appellant.

Before BARTHOLD, P. J.

Submitted March 17, 1969. *Preston W. Moritz,* for appellant; *Louis S. Minotti, Jr.,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Johnson, Appellant.

Before GUERIN, P. J.

Submitted March 17, 1969. *Robert M. Rubin,* for appellant; *Edward G. Rendell* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.